

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2014

No. 04-14-00276-CV

Martin M. **PARRA**,
Appellant

v.

**TOYOTA MOTOR MANUFACTURING TEXAS, INC.,**
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-20505
Honorable Gloria Saldana, Judge Presiding

# O R D E R

The clerk's record was filed in this appeal on May 22, 2014. The clerk's record contains appellant's notice of appeal in which he states his intention to appeal the trial court's March 24, 2014 judgment compelling arbitration. The clerk's record also contains a document entitled "Judge's Notes" which are the trial court's handwritten notations regarding a ruling made at a hearing. A judge's handwritten notes are for his or her own convenience and form no part of the record. *In re A.W.*, 384 S.W.3d 872, 873 (Tex. App.—San Antonio 2012, no pet.). Accordingly, the "Judge's Notes" contained in the clerk's record is not a final, appealable order. *In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804585, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.). In response to an inquiry by the clerk's office of this court, the trial court clerk stated that no order was signed in reference to the trial judge's notes. It is therefore ORDERED that appellant show cause in writing within fifteen days of the date of this order why this appeal should not be dismissed for lack of jurisdiction.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court